**Order entered April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00940-CR

**MARK ALLEN HOLLIFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82328-2012**

## ORDER

Before the Court is the State's motion for extension of time to file its brief. We **GRANT** the motion. We **ORDER** the State's brief received April 14, 2014 filed as of the date of this order.

/s/    JIM MOSELEY
PRESIDING JUSTICE